# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

---

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

January 22, 2020

**By ECF**
Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, NY 10007

*ENDORSEMENT*
*Application granted.*
*Naomi Reice Buchwald, USDJ*
*January 22, 2020*

Re:   *United States v. Izaak Landau*, 18 Cr. 295 (NRB)

Dear Judge Buchwald:

We represent Izaak Landau, who was sentenced by this Court in October 2019 and is currently on supervised release. Mr. Landau is in compliance with the terms of his supervised release and has begun making regular payments towards his restitution obligation and performing his community service hours as directed by probation. We write to respectfully request a modification of Mr. Landau's conditions of supervised release to allow him to travel to the Ukraine for a family wedding.

Mr. Landau's niece (his brother's daughter) is getting married in Uman, Ukraine, where his brother owns a small hotel. If his travel request is granted, Mr. Landau would travel to the Ukraine on February 4 along with his wife and daughter, in order to participate in the pre-wedding celebrations, and return on February 17. Mr. Landau's parents and several of his siblings, who live in Israel, will be in Uman to attend the wedding. Mr. Landau has not seen his parents in approximately three years, because his father has been ill and unable to travel. (In April 2019 the Court granted Mr. Landau permission to travel to the Ukraine to visit his brother and his parents who had planned to be there, but Mr. Landau cancelled the trip when his father proved too ill for his parents to travel to the Ukraine.) Neither AUSA Longyear nor Probation Officer Perez has any objection to this request.

If permission is granted, we respectfully request that the Court also order the return of Mr. Landau's passport to him for purposes of the trip. The passport is currently in the custody of Pretrial Services. After his return, Mr. Landau will turn in his passport to his probation officer, unless probation directs otherwise.

**HAFETZ & NECHELES LLP**

Should the Court grant his request, Mr. Landau will provide a detailed itinerary to his probation officer.

Respectfully submitted,

/s/

Kathleen E. Cassidy

cc: AUSA Michael Longyear (via ECF)
     Pretrial Services Officer Pompey (by email)