# NECHELES LAW LLP
**ATTORNEYS AT LAW**

535 5TH AVENUE, 4TH FLOOR
NEW YORK, N.Y. 10017
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

March 8, 2021

**Via ECF**
Hon. Naomi R. Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
Application granted.
SO ORDERED.

            [signature]
     NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE
Dated: New York, New York
       March 9, 2021
```

Re: *United States v. Izaak Landau*, 18-cr-295

Dear Judge Buchwald:

     We write on behalf of our client Izaak Landau to respectfully request permission for him to travel to Ukraine from March 9 until March 14, to visit his sick father.

     Mr. Landau pleaded guilty to access device fraud, in violation of 18 U.S.C. § 1029B. He was sentenced in October 2019 to time served and a three-year term of supervised release.

     Mr. Landau's father, who is currently staying in the Ukraine by Mr. Landau's brother, is struggling with a serious heart condition. Unfortunately, because of both his heart condition and COVID, the father cannot fly back to the U.S. Mr. Landau would like to be able to fly to Ukraine to visit his father and help make certain important medical decisions regarding his care. We therefore respectfully request permission for Mr. Landau to travel to Ukraine from tomorrow, March 9th, until Sunday March 14th. We apologize for the lateness of this request.

     I have spoken to both Mr. Landau's probation office and the assigned AUSA and neither have any objection to this request. If this request is granted, we will provide Mr. Landau's probation officer with his full itinerary and any other information he requests.

Sincerely,

/s/
Gedalia M. Stern