# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

January 10, 2022

**Via ECF**  
Hon. Naomi Reice Buchwald  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

```
Application granted.
SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 11, 2022
```

Re: *United States v. Izaak Landau, 18-cr-295-NRB*

Dear Judge Buchwald:

We write to respectfully request permission for Mr. Landau to travel to Israel from January 16 to 24.

Mr. Landau pleaded guilty to access device fraud, in violation of 18 U.S.C. § 1029B. He was sentenced in October 2019 to time served and a three-year term of supervised released.

Mr. Landau's father, Israel Landau, will be having open-heart surgery next week in Israel. Mr. Landau would therefore like to fly to Israel to be by his father's side both before and after the surgery.

If Your Honor grants this request, Mr. Landau would depart New York on Sunday, January 16 and would return to New York on the 24th.

I have spoken to Mr. Landau's probation officer and the assigned AUSA and neither has any objection to this request. If this request is granted, we will provide Mr. Landau's probation officer with Mr. Landau's full itinerary and any other information he requests.

Respectfully submitted,

/s/

Gedalia M. Stern

cc: AUSA Michael Longyear (via ECF)